IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JUANITA CARPENTER<br>*Plaintiff,*<br><br>v.<br><br>RAPPAHANNOCK RAPIDAN COMMUNITY SERVICES BOARD AND AREA AGENCY ON AGING<br>*Defendant.* | CIVIL ACTION NO. 3:11-CV-17<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of Defendant's motion for reconsideration (docket no. 28). For the reasons set forth in the accompanying memorandum opinion, the motion is hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this __5th__ day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1