IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JUANITA CARPENTER, <br> *Plaintiff,* <br> v. <br><br> RAPPAHANNOCK RAPIDAN COMMUNITY SERVICES BOARD AND AREA AGENCY ON AGING, <br> *Defendant.* | No. 3:11–cv–00017 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (docket no. 36) is DENIED in part and GRANTED in part. Plaintiff's claim that her pretermination due process rights were violated survives summary judgment, but her claim that Defendant violated her post-termination due process rights by failing to comply with state law grievance procedures is without merit, and I will grant summary judgment for Defendant on that issue.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this __29th__ day of November, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE